UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON JOHNSON,<br><br>              Plaintiff,<br><br>    v.<br><br>JAMES TILTON, et al.,<br><br>              Defendants. | ) Case No. CV 09-2862 CBM(JC)<br>)<br>) (~~PROPOSED~~)<br>)<br>) ORDER ADOPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>) |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Complaint, the pending Motion to Revoke Plaintiff's *In Forma Pauperis* Status and to Dismiss Case pursuant to 28 U.S.C. § 1915(g) ("Motion") and Request for Judicial Notice in Support of the Motion ("Request"), the parties' submissions in connection with the Motion and Request, and the file and records in this action, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and plaintiff's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions,

///

and recommendations of the United States Magistrate Judge and overrules the Objections.[1] The Court approves and adopts the Report and Recommendation.

IT IS HEREBY ORDERED that (1) the Motion and Request are granted; (2) plaintiff's *in forma pauperis* status is revoked; (3) this action is dismissed without prejudice; and (4) Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on plaintiff and on counsel for defendants.

IT IS SO ORDERED.

DATED: 9/27/10

HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that plaintiff does not object to the substance of the Report and Recommendation and instead seeks additional time to pay the filing fee. The Court further notes that on August 10, 2010, the Magistrate Judge essentially granted plaintiff thirty (30) additional days to pay the filing fee, *i.e.*, until September 10, 2010, and that even though this extended deadline has now passed, plaintiff has still not paid the filing fee.