UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>           Plaintiff,<br><br>   v.<br><br>JAMES TILTON, et al.,<br><br>           Defendants. | Case No. CV 09-2862 CBM(JC)<br><br>~~(PROPOSED)~~<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: _____9/27/10_____

_____
HONORABLE CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE